UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No: 5:14-CV-307-BO

DEBRA BIDDLE and DENNIS BIDDLE  )
                          Plaintiffs,  )
                                   )
                    v.               )          ORDER
                                   )
U.S. BANK NATIONAL ASSOCIATION,  )
as trustee for the registered holders of  )
AEGIS ASSET BACKED SECURITIES  )
TRUST, OCWEN LOAN SERVICING,  )
LLC, and POORE SUBSTITUTE  )
TRUTSEE, LTD,  )
                    Defendants.  )

This cause has come before the Court following notification of settlement and failure to

file a stipulation of dismissal as to defendant Poore Substitute Trutsee. All defendants in this

matter have appeared and answered the complaint. [DE 11 & 12] The Court was notified on

March 16, 2015, that the parties had settled all matters of controversy between them.[1] On April

7, 2015, the Court ordered that the parties file stipulations of dismissal within forty-five days of

the date of entry of the order or otherwise notify that Court that matters remained for resolution.

Failure to comply with the Court's order would result in dismissal of the action with prejudice.

On May 28, 2015, a stipulation of dismissal was filed as to U.S. Bank National

Association and Ocwen Loan Servicing; neither plaintiffs nor defendant Poore Substitute have

notified the Court that matters in controversy remain between them and a stipulation of dismissal

---

[1] Poore Substitute was excused from participating in mediation as there was no affirmative relief
sought against this defendant and it was named for the sole purpose of obtaining injunctive relief.
[DE 20].

of Poore Substitute has not been filed. The time for doing so having elapsed, the Court

DISMISSES Poore Substitute Trustee WITH PREJUDICE. This case is now closed.

SO ORDERED, this _22_day of June, 2015.


TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2